UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                  PLAINTIFF

v.                                                                        CRIMINAL ACTION NO. 3:15CR-99-DJH

CHRISTOPHER MATTINGLY                                                                                  DEFENDANT

*****

## **ORDER**

Defendant Christopher Mattingly, by counsel, having moved to suppress the wiretaps and all derived therefrom, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Suppress is GRANTED.

IT IS FURTHER ORDERED that the wiretap evidence and any and all derived therefrom is inadmissible in the trial of this action.