```
 1  MICHAEL A. HESTRIN
    District Attorney
 2  County of Riverside
    Deena M. Bennett
 3  Deputy District Attorney
 4  3960 Orange Street
    Riverside, CA  92501
 5  Telephone: (951) 955-5400
    Fax: (951) 955-9673
 6  State Bar No. 165447
 7
```

## SUPERIOR COURT DISTRICT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF RIVERSIDE

| | |
|---|---|
| IN THE MATTER OF WIRETAPS UNSEALING WIRETAP #14-120, #14-120 EXTENSION 1, #14-183, #14-558, AND #15-08 | DECLARATION IN SUPPORT OF UNAVAILABILITY BY THE DISTRICT ATTORNEY & AUTHORIZATION OF DESIGNEE |

DECLARATION OF DEENA M. BENNETT, DEPUTY DISTRICT ATTORNEY:

I, DEENA BENNETT do hereby declare:

1.  I am licensed to practice law in the State of California and am employed by the Riverside County District Attorney's Office. I have been with this office since September 1993. I am currently assigned to the Asset Forfeiture Unit and I am the Deputy District Attorney assigned to handle all wiretaps within the County of Riverside. I have held this assignment since February 2011. My office location is the Western Division which is located in the City of Riverside.

2.  Paul E. Zellerbach was sworn in as the District Attorney of the County of Riverside in January 2011. He was the elected official for four years through December 2014. Mr. Zellerbach lost his bid for a second term to Michael A. Hestrin, and Mr. Hestrin was sworn in as the District Attorney on January 5, 2015.

3.  During his tenure in office, and pursuant to the provisions of Penal Code section 629.50(a), District Attorney Paul E. Zellerbach named his second in command as his primary designee. On February 16, 2011, Mr. Zellerbach issued an office memorandum indicating that

EXHIBIT 7

1

1  Assistant District Attorney (ADA) Jeffrey A. Van Wagenen would be the primary designee. (See
2  Attachment A.)

3      5.    On January 2, 2014, District Attorney Paul E. Zellerbach issued a new designation
4  memorandum in accordance with current case law. The designation memorandum authorized
5  ADA Jeffrey A. Van Wagenen "to make all decisions necessary to the administration of the
6  District Attorney's Office." (See Attachment B.)

7      6.    Following the 2014 election and prior to the swearing in of District Attorney-Elect
8  Michael A. Hestrin, ADA Van Wagenen left employment at the District Attorney's Office. Upon
9  ADA Van Wagenen's departure in October 2014, and pursuant to the provisions of Penal Code
10 section 629.50, District Attorney Zellerbach issued a designation letter, addressed to the Riverside
11 County Superior Court, authorizing Assistant District Attorney Creg G. Datig, his second in
12 command, to act as his primary designee. (See Attachment C.)

13     7.    At all time, all involved judicial officers who reviewed and authorized the wiretap
14 applications were personally informed of all designees and any changes to the Penal Code section
15 629.50 designation by the District Attorney.

16     8.    On January 5, 2015, Michael A. Hestrin was sworn in as the Riverside County
17 District Attorney. Following a change in personnel, Michael A. Hestrin issued a designation
18 letter, addressed to the Riverside County Superior Court, indicating that pursuant to the
19 provisions of Penal Code section 629.50, Chief Assistant District Attorney (CADA) John Aki, his
20 second in command, would be the primary designee. (See Attachment D.)

21     9.    The Riverside County District Attorney's Office received a request from Assistant
22 United States Attorney from the Western District of Kentucky regarding the following wiretap
23 applications:

```
14-120          Signed by Jeffrey A. Van Wagenen on 03/11/2014
14-120 Ext. 1   Signed by Jeffrey A. Van Wagenen on 04/08/2014
14-183          Signed by Jeffrey A. Van Wagenen on 04/08/2014
14-558          Signed by Creg Datig on 10/27/2014
15-108          Signed by John Aki on 02/19/2015
```

    10.    All of these wiretap affidavits were reviewed by the authorized designee of the
District Attorney. The applications were subsequently signed by the designee and the affidavits

2

were presented to the court.

11. District Attorney Hestrin took office on January 5, 2015. District Attorney Hestrin immediately changed a number of the policies, practices and procedures in the administration of the office, including wiretaps.

12. On February 19, 2015, when Chief Assistant District Attorney John Aki reviewed and signed wiretap #15-108, District Attorney Hestrin was unavailable. His calendar indicates that he was in the Eastern Division of the County and not physically present in the Western end of the county.

13. Riverside County is the 3rd largest county in the state of California and 10th largest in the nation. Riverside County extends from its Western end, which begins at the borders of Orange and San Bernardino Counties, to its Eastern end at the Arizona border. Riverside County's southern border reaches to San Diego County. The District Attorney's Office is divided into three divisions: Western, Southwest/Mid-County, and Eastern.

14. Geographically, the Eastern Division's main office in the City of Indio is located approximately 146 miles from the Western Division's main office in the City of Riverside. The designated judicial officer who authorizes and signs wiretap orders is physically located in the Western end of the county, in the City of Riverside.

15. Pursuant to the provisions of Penal Code section 629.50, Chief Assistant District Attorney John Aki reviewed wiretap #15-108 because District Attorney Hestrin was not available to review and sign the wiretap. District Attorney Hestrin was not physically present in the Western Division's main office in Riverside for the entire day, nor was he in the Western end of the County. District Attorney Hestrin's calendar reflects that he was in the Indio office in the morning hours for scheduled meetings. In the afternoon, he was outside the Indio office but remained in the Eastern end of the County to attend a meeting with another County agency. Given that District Attorney Hestrin was not present in the Western end of the County where wiretap applications are processed and signed, and was instead over two hours away in Indio, District Attorney Hestrin was unavailable to personally review the affidavit and sign the application. Given this unavailability, the Chief Assistant District Attorney reviewed the affidavit

3

1 and signed the application.

2     16. In 2014, regarding wiretaps #14-120, #14-120 Extension 1, #14-183, and #14-558, pursuant to the protocol created by District Attorney Paul E. Zellerbach, following the preparation of the wiretap paperwork, all wiretap affidavits and applications were submitted directly to the Assistant District Attorney of the Administrative Division Jeffery A. Van Wagenen. After Assistant District Attorney Van Wagenen left the office in October of 2014, all wiretap affidavits and applications were submitted directly to ADA Creg G. Datig. In his letter dated October 14, 2014, Paul E. Zellerbach designated Assistant District Attorney Creg G. Datig as the designee pursuant to Penal Code section 629.50 (See Attachment C.)

    17. Mr. Zellerbach, Mr. Van Wagenen and Mr. Datig have since departed the office. This declaration is based on my own recollection of the events. Mr. Zellerbach did not keep records or a calendar that consistently, regularly, or accurately, reflected his day-to-day business.

    I certify under penalty of perjury and the laws of the State of California, that the above is true and correct to the best of my knowledge. Executed in Riverside County, California.

Dated: January 21, 2016

DEENA M. BENNETT
Deputy District Attorney

4

# ATTACHMENT A



OFFICE OF
## THE DISTRICT ATTORNEY
COUNTY OF RIVERSIDE

PAUL E. ZELLERBACH
DISTRICT ATTORNEY

### DISTRICT ATTORNEY DESIGNEE (P.C. Section 629.50)

February 16, 2011

TO: Asset Forfeiture / Wiretap Staff

FROM: Paul E. Zellerbach, District Attorney

SUBJECT: District Attorney Designee authorized to sign wiretap applications pursuant to Penal Code section 629.50.

---

Effective February 16, 2011, Assistant District Attorney Jeffrey A. Van Wagenen Jr. is my Designee pursuant to Penal Code Section 629.50. In his absence, Assistant District Attorney Cregor Datig will be my designee. My designee is authorized to act in my place pursuant to the provisions outlined in Penal Code Section 629.50 and sign all applications relating to wiretaps.

# ATTACHMENT B



**PAUL E. ZELLERBACH**
DISTRICT ATTORNEY

OFFICE OF
THE DISTRICT ATTORNEY
COUNTY OF RIVERSIDE

MEMORANDUM

January 2, 2014

TO: Wiretap Staff

FROM: Paul Zellerbach

SUBJECT: Designation Pursuant to Penal Code section 629.50

---

In my absence, Assistant District Attorney Jeffrey A. Van Wagenen, Jr., is my designee and is authorized to make all decisions necessary to the administration of the District Attorney's Office. If he is unavailable, Assistant District Attorney Creg G. Datig is authorized to act on behalf of the District Attorney's Office.

The above authorization was first made on February 16, 2011, and shall continue until amended, altered, or revoked, in writing by me.

If any questions or concerns arise with respect to wiretap authorization and/or protocol, please feel free to contact me.

# ATTACHMENT C



# RIVERSIDE COUNTY
# DISTRICT ATTORNEY

October 14, 2014

Honorable Mark Cope
Riverside County Superior Court
4050 Main Street
Riverside, CA 92501

Dear Judge Cope:

Subject: Designation Pursuant to Penal Code section 629.50

In my absence, Assistant District Attorney Creg G. Datig is my designee and is authorized to make all decisions necessary to the administration of the District Attorney's Office. If he is unavailable, Assistant District Attorney Sean Lafferty is authorized to act on behalf of the District Attorney's Office.

This authorization shall continue until amended, altered, or revoked, in writing by the District Attorney.

If any questions or concerns arise with respect to wiretap authorization and/or protocol, please contact Deputy District Attorney Deena Bennett.

Very truly yours,

PAUL E. ZELLERBACH
District Attorney

cc: Judge Michele Levine
    Judge Helios J. Hernandez

# ATTACHMENT D



**MICHAEL A. HESTRIN**
DISTRICT ATTORNEY

OFFICE OF
THE DISTRICT ATTORNEY
COUNTY OF RIVERSIDE
3960 ORANGE STREET
RIVERSIDE, CALIFORNIA 92501-3643

January 5, 2015

Presiding Judge Harold W. Hopp
Riverside County Superior Court
4050 Main Street
Riverside, CA 92501

Dear Presiding Judge Hopp:

Re: Designation Pursuant to Penal Code section 629.50

In my absence, Chief Assistant District Attorney John Aki is my designee and is authorized to make all decisions necessary to the administration of the District Attorney's Office.

This authorization shall continue until amended, altered, or revoked, in writing by the District Attorney.

If any questions or concerns arise with respect to wiretap authorization and/or protocol, please contact Deputy District Attorney Deena Bennett.

Sincerely,

Michael A. Hestrin
District Attorney

cc: Judge Becky Dugan
    Judge Helios J. Hernandez