# Zellerbach pleads no contest to sign tampering

 Colin Atagi, The Desert Sun   *5:11 p.m. PST January 8, 2015*



*(Photo: The Desert Sun)*

Former Riverside County District Attorney Paul Zellerbach pleaded no contest to vandalism charges involving election signs that belonged to his opponent in last year's district attorney campaign.

Zellerbach entered his plea Wednesday in Riverside County Superior Court in Riverside. He was sentenced to one year probation and 60 hours of community service, according to the California Attorney General's office.

He also must pay an $800 fine and $200 in restitution.

On April 23, a security camera filmed Zellerbach at an Arco gas station at 42-334 Jefferson Street in Indio.

Footage showed him getting out of a county Ford Escape and planting a campaign sign before removing one that belonged to his election opponent, Mike Hestrin.

Indio police, whose Police Officer's Association backed Hestrin in the election, investigated the incident and requested the state attorney general's office file charges against Zellerbach — recommending two felonies and three misdemeanors. Zellerbach pleaded no contest to one misdemeanor.

"I'm proud of our staff that maintained the integrity of this investigation and followed the law. The detail of their facts and findings presented a complete and comprehensive complaint filing to the California Attorney General's Office," said Indio Police Chief Richard Twiss, in a statement.

"The California Attorney General's Office's determination to file a charge and a subsequent plea of no contest to misdemeanor vandalism validates the integrity of our criminal investigation."

Zellerbach cut the county a $203 personal check on April 25 as reimbursement for the miles he logged in the Ford, which was used to carry around campaign signs during hours that were for official business.

Hestrin, a Riverside County deputy district attorney, won the November election. He was sworn in last week.

Read or Share this story: http://desert.sn/1BF3v1V



EXHIBIT 8

http://www.desertsun.com/story/news/crime_courts/2015/01/08/paul-zellerbach-election-sign/21455779/    2/12/2016