FILED
VANESSA L. ARMSTRONG

FEB 17 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

vs.     CRIMINAL ACTION NO. 3:15CR-99-DJH

**CHRISTOPHER A. MATTINGLY**     DEFENDANTS
**RAYMUNDO CARILLO**
**RONALD A. SHEWMAKER**
**HECTOR RENATO OROZCO LANDA**
**JAMES F. HOWARD**
**EDDIE WHITFILL**

## MOTION TO SEAL SUPERSEDING INDICTMENT

Comes the United States of America, by counsel, Larry Fentress, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the Superseding Indictment returned by the Federal Grand Jury on February 17, 2016, charging the above-named defendants with violations of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 1956(h), be kept secret until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the Superseding Indictment, or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrants for the arrest of the defendants.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

Larry Fentress
Assistant U.S. Attorney