UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                        CRIMINAL ACTION NO. 3:15-CR-99-DJH

EDDIE WHITFILL                                                                              DEFENDANT

## ORDER

Upon motion of the Defendant, EDDIE WHITFILL, by counsel, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Suppress all Evidence obtained, directly or indirectly, be, and hereby is, **GRANTED**.