UNITED STATES DISTRICT COURT
Western District of Kentucky
**EXHIBIT INVENTORY**



16 MAY -2 PM 2: 36

CASE NUMBER: 3:15-CR-00099-DJH
STYLE OF CASE: USA v. Christopher A. Mattingly

Received from: D. Legg   Received by: _____   Date: 5-12-2016

PROCEEDINGS: Suppression Hearing on May 10, 2016

Plaintiff's:
1 – wiretap application
2 – calendar
3 – Bennett declaration

Defendant's:
1 – wiretap application
2 – wiretap application
3 – wiretap application
4 – wiretap application
5 – Bennett declaration
6 – Catlett declaration
7 – calendar
8 – calendar
9 – calendar
10 – statistics
11 – statistics
12 – motion to suppress
13 – transcript
14 – *USA Today* article
15 – *USA Today* article
16 – *USA Today* article

DISPOSITION OF EXHIBITS:
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____

OTHER DISPOSITON: _____
DATE: _____ RETURNED BY: _____ Deputy Clerk