UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                    Plaintiff,

v.                                                                    Criminal Action No. 3:15-cr-99-DJH

CHRISTOPHER A. MATTINGLY, et al.,                                                            Defendants.

\* \* \* \* \*

### ORDER

On its own motion, the Court concludes that it is necessary, for purposes of a complete record, for copies of the wiretap applications at issue in this case to be placed in the record. Accordingly, it is hereby

**ORDERED** that within **seven (7) days** of the date of entry of this Order, the United States shall file a redacted copy of the application for Wiretap No. 14-120 Extension 1 in the public record of this matter. In addition, the government shall file **under seal** unredacted copies of the applications for Wiretap Nos. 14-120, 14-120 Extension 1, 14-183, 14-558, and 15-108.

June 27, 2016

**David J. Hale, Judge
United States District Court**

1