UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                                                     CRIMINAL ACTION NO. 3:15CR-99-DJH

EDDIE WHITFILL                                                                   DEFENDANT

<u>ORDER</u>
*(Filed Electronically)*

      This matter is before the Court on motion by the defendant to suppress evidence seized pursuant to a state search warrant executed on 19 March 2015. Having considered the motion and the opposing response by the United States, and being sufficiently advised,

      **IT IS HEREBY ORDERED AND ADJUDGED** that the motion to suppress evidence seized pursuant the state search warrant is denied, but an evidentiary hearing will be necessary to resolve the claims of unlawful detention and interrogation during the execution of the warrant. The hearing shall be held on _____ .