UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

v.            CRIMINAL ACTION NO. 3:15CR-99-DJH

CHRISTOPHER A. MATTINGLY, et al.            DEFENDANT

UNOPPOSED MOTION TO CONTINUE TRIAL
*(Filed Electronically)*

Comes now the United States of America, by counsel, and moves this Honorable Court to continue the trial currently scheduled for August 1, 2016. As grounds for this motion, counsel states as follows:

1. This case previously was declared complex and all defendants have waived their right to a speedy trial.

2. This is a conspiracy case and two of the named defendant coconspirators have not yet been located and brought before the Court.

3. The defendant Whitfill's motion to suppress evidence will require an evidentiary hearing to resolve all issues.

4. The defendants recently have indicated a desire to engage in plea negotiations and additional time is needed for that purpose. In the opinion of undersigned counsel, it is likely that plea negotiations will be successful and obviate the need for a protracted trial.

5. Undersigned counsel has conferred with counsel for the defendants and is authorized to inform the Court that the defendants do not oppose this motion and also request that it be granted.

Wherefore, for all the foregoing reasons, the United States requests that trial be continued for at least 30 days.

        Respectfully submitted,

        JOHN E. KUHN, JR.
        UNITED STATES ATTORNEY

        /s/ Larry Fentress
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky 40202
        (502) 582-6772

## CERTIFICATE OF SERVICE

I certify that the foregoing motion was filed electronically on July 8, 2016, to be served through the CM/ECF system on counsel for the defendants.

        /s/ Larry Fentress
        Assistant United States Attorney
        Western District of Kentucky

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney


_____
Larry Fentress
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                  PLAINTIFF

vs.                                         CRIMINAL ACTION NO. <u>3:15CR-99-DJH</u>

**CHRISTOPHER A. MATTINGLY**                                  **DEFENDANTS**
**RAYMUNDO CARILLO**
**RONALD A. SHEWMAKER**
**HECTOR RENATO OROZCO LANDA**
**JAMES F. HOWARD**
**EDDIE WHITFILL**

## **ORDER**

       The Superseding Indictment, returned by the Federal Grand Jury, charging the above-named defendants with violations of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 1956(h), is hereby ORDERED to be kept secret until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this Superseding Indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrants for the arrest of the defendants.

       This _____ day of _____, 2016.

                                                                           _____
                                                                             Honorable
                                                                             United States Magistrate Judge