UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                                                CRIMINAL ACTION NO. 3:15CR-99-DJH

CHRISTOPHER A. MATTINGLY, et al.                                              DEFENDANTS

## ORDER
*(Filed Electronically)*

This matter is before the Court on the unopposed motion of the United States to continue the trial of this action, currently scheduled for August 1, 2016. Having considered the motion and being sufficiently advised, and finding that the ends of justice served by granting the motion outweigh the best interest of the public and the defendants in a speedy trial, in that a failure to grant the motion would result in a miscarriage of justice,

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i), that the motion is granted and the trial continued to _____, 2016.