UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF


v.                                    CRIMINAL ACTION NO. 3:15CR-99-DJH


EDDIE WHITFILL                                                      DEFENDANT


## RESPONSE TO MOTION FOR DISCLOSURE OF INFORMANTS
### *(Filed Electronically)*

Comes now the United States of America, by counsel, and responds to the motion by defendant Eddie Whitfill for disclosure of the identity of any informant who was a participant in or a witness to any alleged criminal activity charged in the Indictment, opposing same.  It is firmly established in the Sixth Circuit that the identity of a participant informant who will testify at trial need not be disclosed prior to trial.  United States v. Perkins, 994 F.2d 1184, 1190 (6th Cir.), *cert. denied,* 510 U.S. 903 (1993).  In the instant case, all participant informants will testify for the government at trial.

Wherefore, the motion should be denied.


Respectfully submitted,

JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

/s/ Larry Fentress
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6772

<u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing response was filed electronically on July 9, 2016, to be served through the CM/ECF system on **Patrick Renn**, as well as other counsel of record.

/s/ Larry Fentress
Assistant United States Attorney