UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                         CRIMINAL ACTION NO. 3:15CR-99-DJH

EDDIE WHITFILL                                                                              DEFENDANT

## ORDER
*(Filed Electronically)*

This matter is before the Court on motion by the defendant for disclosure of informants. Having considered the motion and the opposing response by the United States, and being sufficiently advised,

IT IS HEREBY ORDERED that the motion is denied.