UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:15-cr-99-DJH

EDDIE WHITFILL,     Defendant.

\* \* \* \* \*

### ORDER

Defendant Eddie Whitfill has moved to suppress evidence obtained via a search warrant that Whitfill claims was defective. (Docket No. 93) Whitfill's motion challenges various aspects of the affidavit submitted in support of the warrant; however, neither the motion nor the government's response includes a copy of that affidavit. (*See id.*; D.N. 106) Accordingly, on the Court's own motion, it is hereby

**ORDERED** that within **seven (7) days** of the date of entry of this Order, Whitfill shall file in the record a copy of the affidavit placed in issue by his motion to suppress.

July 26, 2016

**David J. Hale, Judge**
**United States District Court**