UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                       Plaintiff,

v.                                                                      Criminal Action No. 3:15-cr-99-DJH

CHRISTOPHER A. MATTINGLY, et al.,                                                             Defendants.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on August 23, 2016, with the following counsel participating:

| | |
|---|---|
| For the United States: | Larry Fentress |
| For Defendants: | Alex Dathorne |
| | Frank Mascagni |
| | Rob Eggert |
| | Roger Rigney |
| | Patrick Renn |

The Court and counsel discussed the status of the case. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a telephonic status conference on **September 20, 2016, at 9:30 a.m.** The Court will initiate the call. Participating counsel shall contact Judge Hale's Case Manager, Natalie Thompson, at nthompson@kywd.uscourts.gov with their preferred contact numbers no later than 5:00 p.m. on **September 16, 2016**. Counsel are advised that participation by cellular phone is not permitted.

August 23, 2016

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/10
Court Reporter: ECRO

1