UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                            Plaintiff,

v.                                                       Criminal Action No. 3:15-cr-99-DJH

CHRISTOPHER A. MATTINGLY,
RONALD A. SHEWMAKER,
JAMES F. HOWARD, and
EDDIE WHITFILL,                                                                     Defendants.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A status conference was held in this matter on October 24, 2016, with the following counsel participating:

| | |
|---|---|
| For the United States: | Larry Fentress |
| For Defendants: | Brian Butler |
| | Pat Renn |
| | Rob Eggert |
| | Frank Mascagni |

Defendants Whitfill, Shewmaker, and Mattingly informed the Court that they wished to waive their right to a trial by jury and enter pleas of guilty. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    This matter is set for a change-of-plea hearing as to Defendant Whitfill on **November 16, 2016, at 2:30 p.m.**; as to Defendant Shewmaker on **November 16, 2016, at 3:00 p.m.**; and as to Defendant Mattingly on **November 16, 2016, at 3:30 p.m.**  The hearings will be held at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

1

(2) All pending motions filed by Defendant Whitfill, Shewmaker, or Mattingly are **DENIED** as moot.

(3) Defendant Howard's motions to join the motions to suppress of Defendant Mattingly (Docket No. 71) and Defendant Shewmaker (D.N. 87) are likewise **DENIED** as moot in accordance with the Court's July 1, 2016 Memorandum Opinion and Order regarding the wiretap evidence at issue in this case. (*See* D.N. 102) Within **ten (10) days** of the date of entry of this Order, Defendant Howard shall advise the Court whether his remaining motion (D.N. 97) requires resolution.

October 26, 2016

**David J. Hale, Judge
United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg