PROB 35



United States District Court

Western District of Kentucky

### REPORT AND ORDER TERMINATING PROBATION
### PRIOR TO ORIGINAL EXPIRATION DATE

UNITED STATES OF AMERICA

v.  }  Crim. No. 0644 3:15CR00099-DJH-6

Eddie Whitfill

On March 8, 2017, the above named was placed on probation for a period of 5 years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

_____   11/22/19
Supervising United States Probation Officer

### ORDER OF COURT

Supervision of the Defendant began on March 8, 2017. The United States offers no objection to the recommended early termination of supervision. Accordingly, pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

November 25, 2019

**David J. Hale, Judge**
**United States District Court**